UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLARD THOMAS et al., | CASE NO. 2:22-cv-01730-LK |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the parties' stipulation for an order of dismissal, Dkt. No. 26, this action is dismissed with prejudice and without costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court VACATES the remaining case schedule. Dkt. No. 23.

Dated this 21st day of November, 2023.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1